NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARLETTE D. WELLS, )
)
      Appellant, )
)
v. ) Case No. 2D18-382
)
WILMINGTON SAVINGS FUND SOCIETY )
F.S.B. D/B/A CHRISTIANA TRUST AS )
OWNER TRUSTEE OF THE )
RESIDENTIAL CREDIT OPPORTUNITIES )
TRUST III, )
)
      Appellee. )
_____ )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Lee
County; James H. Seals, Judge.

Marlette D. Wells, pro se.

Arnold M. Straus, Jr. of Straus & Eisler,
P.A., Pembroke Pines, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.